**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

JOSEPH TAMBELLINI, INC. D/B/A      :   No. 52 WM 2020
JOSEPH TAMBELLINI RESTAURANT,   :
                                        :   Emergency Application for
           Petitioner           :   Extraordinary Relief Pursuant to
                                          :   Rule 3309, 42 Pa. C.S. § 726 and
                                          :   King's Bench Powers
           v.                              :
                                          :
ERIE INSURANCE EXCHANGE,        :
                                          :
           Respondent        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 14th day of May, 2020, the Application of AIG Applicants for Leave to Participate as *Amici Curiae* and the Application of American Property Casualty Insurance Association *et al.* for Leave to Submit Amici Curiae Brief in Opposition to the Emergency Application are **GRANTED**. The Emergency Application for Extraordinary Relief Pursuant to Rule 3309, 42 Pa.C.S. § 726 and King's Bench Powers is **DENIED**.